■ WILLIAM KORCHOWSKY et al., Respondents, v ARNOLD N. BENSON et al., Appellants.—Order, Supreme Court, New York County, entered on February 9, 1979, so far as appealed from, unanimously affirmed, without costs and without disbursements. Appeal from the order of said court entered on December 19, 1978 dismissed as academic, without costs and without disbursements. No opinion. Concur—Birns, J. P., Fein, Bloom, Silverman and Ross, JJ.

■ SIMON & SCHUSTER, INC., Respondent, v ATHENEUM PUBLISHERS, INC., Appellant.—Judgment, Supreme Court, New York County, entered on May 5, 1978, unanimously affirmed for the reasons stated by M. Evans, J., at Trial Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Sullivan, Lane and Ross, JJ.

■ In the Matter of the PUNJAB COMMERCIAL AGENCY, INC. S. L. PIPLANI et al., Respondents; MARIE PIPLANI et al., Appellants.—Order, Supreme Court, New York County, entered on August 2, 1978, unanimously affirmed, without costs and without disbursements. The appeal from the order entered December 27, 1978 is dismissed as academic, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Sullivan, Lane and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD ROSEN, Appellant.—Judgment, Supreme Court, New York County, rendered on December 1, 1978, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Sullivan, Lane and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE GREEN, Appellant.—Judgment, Supreme Court, Bronx County, rendered on November 9, 1977, unanimously affirmed. Appeal from order of said court entered on May 16, 1977, is dismissed as nonappealable. No opinion. Concur—Kupferman, J. P., Birns, Sullivan, Lane and Ross, JJ.

■ In the Matter of JAIME VILA, Petitioner, v WALTER SHACKMAN, Respondent.—Application for an order in the nature of a writ of prohibition unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Fein, Sandler, Markewich and Silverman, JJ.

(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMY M., Appellant.—Judgment, Supreme Court, Bronx County, rendered on March 31, 1978, unanimously affirmed. The order of this court entered on October 9, 1979 is vacated. No opinion. Concur—Birns, J. P., Fein, Bloom, Lupiano and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH R., Appellant.—Judgment, Supreme Court, Bronx County, rendered on October 2, 1974, unanimously affirmed. The order of this court entered on October 16, 1979 is vacated. Concur—Birns, J. P., Fein, Silverman and Ross, JJ.